UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
KICHUL LEE, *et al.*,                   )   No. C04-0449L
                                        )
                    Plaintiffs,         )
          v.                            )   ORDER DENYING MOTION
                                        )   TO INTERVENE
JOHN ASHCROFT, *et al.*,                )
                                        )
                    Defendants.         )
_____)

This matter comes before the Court on Mr. Anthony N. Onochie's "Motion for Extension/Motion for Permission to Change Venue." Mr. Onochie is not a member of the class as defined in this Court's order of January 13, 2005: he was denied naturalization by the United States Citizenship and Immigration Services ("CIS") in Houston Texas, not by the Seattle District Office. It is the practices and procedures used by the Seattle District Office, not the CIS as a whole, that are at issue in this litigation. Simply transferring, or changing Mr. Onochie's venue, from Texas to Washington would not remedy the fact that his application was not considered by the Seattle District Office.

Mr. Onochie's motion to intervene is, therefore, DENIED.

ORDER DENYING MOTION
TO INTERVENE

1    DATED this 8th day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik,
United States District Judge

ORDER DENYING MOTION
TO INTERVENE                          -2-