UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
KICHUL LEE, *et al.*,                     )   No. C04-0449L
                                          )
                          Plaintiffs,     )
            v.                            )   ORDER STRIKING MOTION
                                          )   FOR PRELIMINARY INJUNCTION
JOHN ASHCROFT, *et al.*,                  )
                                          )
                          Defendants.     )
_____)

This matter comes before the Court on Mr. Anthony N. Onochie's "Motion for Preliminary Injunction Preventing Kichul Lee et al and John Ashcroft et al from Attempting to Preclude Petitioner from a Valid Constitutional Protection and Valid and Legal Membership to Class Action Suit # C04-449 RSL." The Court has already found that Mr. Onochie is not a member of the class as defined in this Court's order of January 13, 2005: he was denied naturalization by the United States Citizenship and Immigration Services ("CIS") in Houston Texas, not by the Seattle District Office. See "Order Denying Motion to Intervene" (Dkt. # 129, filed 4/8/05). Mr. Onochie therefore has no standing to appear in, or seek relief through, the above-captioned matter. The motion for preliminary injunction is hereby STRICKEN and respondent need not file any response. Neither the Clerk of Court nor the Court itself will take any further action on or consider petitioner's motion for preliminary injunctive relief.

ORDER STRIKING MOTION FOR
PRELIMINARY INJUNCTION

1  DATED this 18th day of April, 2005.

2

3

4  */s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER STRIKING MOTION FOR
PRELIMINARY INJUNCTION                -2-