District Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| KICHUL LEE; et al., | Case No. C04-449L |
| Plaintiffs, | |
| v. | ORDER re PLAINTIFF SABE |
| JOHN ASHCROFT, Attorney General of the United States; et al., | |
| Defendants. | |

This Court, having reviewed the Stipulation of the parties regarding the naturalization application of the Plaintiff Endeshaw Sabe, and being fully advised, HEREBY ORDERS that the United States Citizenship and Immigration Services shall schedule an oath ceremony for Mr. Sabe, and upon his taking the oath of allegiance to the United States, the Citizenship and Immigration Service shall on the same day naturalize Mr. Sabe and issue to him his Certificate of Naturalization.

ORDER - 1

1   Dated this 29th day of August, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge