District Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| KICHUL LEE; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ASHCROFT, Attorney General of the United States; et al., <br><br> Defendants. | Case No. C04-449L <br><br> ORDER re PLAINTIFFS ALMENAR AND AL-MAMAR |

This Court, having reviewed the Stipulation of the parties regarding the naturalization application of the Plaintiffs Almenar and Al-Mamar, and being fully advised, finds that said plaintiffs have fully met the eligibility requirements for naturalization and that the naturalization of Almenar on May 6, 2004 and Al-Mamar on May 17, 2004, shall have the full force and effect of law as of the date of their oaths of citizenship.

Dated this 29th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION - 1