1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

KICHUL LEE; et al.,

        Plaintiffs,

  v.

ALBERTO R. GONZALES, Attorney
General of the United States; et al.,

        Defendants.

Case No. C04-449L

ORDER SCHEDULING FAIRNESS
HEARING PURSUANT TO RULE 23(e)

      The parties have reached a settlement in this matter which the parties believe is fair,

reasonable, and adequate.  On November 21, 2005, the Court preliminarily approved the

settlement, ordered notice to the class, and provided an opportunity for interested parties to

object to the terms of the settlement.  The Court has received over twenty written

submissions from individuals who had their naturalization applications denied.  None of the

submissions raises any substantive objection to the terms of the proposed settlement.  Rather,

the authors generally seek relief under the settlement via reconsideration of their previously

denied applications.

      A hearing (the "Settlement Hearing") shall be held before this Court on Thursday,

February 16, 2006, at 11:00 a.m., at the United States District Court for the Western District

ORDER SCHEDULING FAIRNESS HEARING -- 1

of Washington, U.S. Courthouse, 700 Stewart Street, Seattle, Washington, to determine

whether the proposed settlement on the terms and conditions set forth in Attachment A to the

Joint Motion for Order for Notice and Fairness Hearing Pursuant to Rule 23(e)

(Dkt. # 150-2) is fair, reasonable and adequate to the class and whether it should be approved

by the Court.  Although members of the class are welcome to attend the Settlement Hearing,

attendance is not required in order to have a case reopened or otherwise to participate in the

settlement.  Individual applications will not be reviewed, considered, or adjudicated at this

hearing.

The parties shall, on or before January 27, 2006, file in the above-captioned matter all

memoranda, declarations, and exhibits they would like the Court to consider in preparation

for the Settlement Hearing as well as any stipulations and/or proposed orders for relief.  The

Clerk of Court shall mail a copy of this order and the attached notice to all of the

unrepresented "petitioners" listed in the Court's docket.


Dated this 20th day of January, 2006.


*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge


ORDER SCHEDULING FAIRNESS HEARING -- 2