UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
KICHUL LEE, *et al.*,                                    )   No. C04-0449RSL
                                                         )
                Plaintiffs,                  )
      v.                                                 )   ORDER
                                                         )
JOHN ASHCROFT, *et al.*,                                 )
                                                         )
                Defendants.                  )
_____)

       This matter comes before the Court *sua sponte*. On April 2, 2009, plaintiffs filed a "Response to Defendants' Status Report and Fourth Motion to Enforce Settlement" which, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

       Plaintiffs are hereby ORDERED to show cause within five days of this Order why they should not be sanctioned for their failure to comply with this Court's docket entry of September 16, 2004, and the "Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 101). Plaintiffs shall immediately deliver a paper copy of the documents filed on April 2, 2009, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER

1   The Clerk of Court is directed to place this Order to Show Cause on the Court's
2   calendar for the Friday, April 17, 2009.

    Dated this 9th day of April, 2009.

    *[signature]*
    Robert S. Lasnik
    United States District Judge