UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
KICHUL LEE, *et al.*, )
)
               Plaintiffs, )     Case No. C04-0449RSL
     v. )
)
ERIC HOLDER, Attorney General of )     FOURTH ORDER REGARDING
the United States, *et al.*, )     ENFORCEMENT OF SETTLEMENT
)
               Defendants. )
)
_____)

This matter comes before the Court on plaintiffs' "Response to Defendants' Status Report and Fourth Motion to Enforce Settlement." Dkt. # 288. Plaintiffs argue that defendants' fourth status report, which indicates that only one class member was still awaiting adjudication of his N400 applications, is inaccurate. Using government resources and the quarterly spreadsheet produced by defendants, plaintiffs identified twelve additional individuals whose applications were purportedly pending far longer than the normal Seattle District Office processing time.

In response, defendants submitted reports regarding the status of each of the individuals identified by plaintiffs. One of the individuals was not a class member. Four of the applications were denied for failure to appear for interviews, respond to requests for information, and/or take the requisite oath. Five individuals have been sworn in as citizens of the United States, and the last three will take the oath in the next 14-60 days.

Having reviewed the memoranda, declarations, and exhibits submitted by the parties, defendants are directed to make every effort to schedule an oath ceremony for J. D-S before the end of June 2009 and to continue to file bimonthly updates regarding the status of Mahmoud Safarpour, M. Tsiklauri, and J. D-S. No other relief is appropriate at this time.

Dated this 8th day of June, 2009.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge